38

## JOSEPH LOVELAND *versus* DANIEL TAYLOR

JOURNAL ENTRIES (1815–19): *Journal 2:* (1) Rule to bring body *p. 441; (2) rule to bring body *p. 443; (3) declaration filed, continued *p. 472; (4) discontinued *p. 672.

PAPERS IN FILE: (1) Precipe for capias and attachment; (2) capias and return; (3) attachment bond; (4) writ of attachment and return; (5) affidavit for attachment; (6) declaration; (7) memo. of fees and court costs.

*Office Docket*, MS p. 11, c. 15; p. 36, c. 12.

## EPHRAIM PENTLAND, CHARLES HIGGINS AND WILLIAM STEELE *versus* THOMAS McDONALD

JOURNAL ENTRIES (1815–17): *Journal 2:* (1) . . . . *p. 441; (2) rule to file declaration, continued *p. 473; (3) judgment *p. 528.

PAPERS IN FILE: (1) Precipe for writ; (2) capias and return.

*Office Docket*, MS p. 12, c. 18; p. 37, c. 15.

## DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCESSION OF PATRICK ROBERTSON, DECEASED, *versus* JAMES LASSELLE, FRANCIS LASSELLE AND GEORGE MELDRUM

JOURNAL ENTRIES (1815–16): *Journal 2:* (1) Rule to bring body *p. 441; (2) special bail *p. 448; (3) continued *p. 473; (4) declaration filed, rule to plead *p. 483; (5) debt remitted, judgment *p. 517.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) declaration; (4) plea in abatement.

*Office Docket*, MS p. 14, c. 24; p. 39-b, c. 38.